**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JERRY JARVIS**                                                                 **PLAINTIFF**

**v.**                                     **Case No**. **4:24-cv-00831-KGB**

**ENTERGY OPERATIONS, INC.**                                            **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice.  The stipulation

accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  For good cause shown,

the Court adopts the joint stipulation of dismissal.  The action is dismissed with prejudice.

It is so ordered this 11th day of March, 2026.

_____
Kristine G. Baker
Chief United States District Judge